# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

IN THE MATTER OF THE
APPLICATION OF THE UNITED
STATES OF AMERICA FOR AN
ORDER PURSUANT TO 18 U.S.C.
§ 2703(d)

Case No. 2:19-mj-464-EJY

**[Proposed] Order Granting Government's Motion to Unseal Section 2703(d) Documents**

Based on the pending Motion of the Government, and good cause appearing, the

Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the above-captioned Order and accompanying

documents, including the application, shall be unsealed.

DATED this 23rd day of May 2022.

HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE